IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:21-cv-62288-CIV-MARTINEZ-SNOW

QUICKLOOK, INC.,

   Plaintiff,

v.

GLENN A. NAPPI,

   Defendant.

_____

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, QUICKLOOK, INC., by and through undersigned counsel, hereby files its Certificate of Interested Persons and Corporate Disclosure Statement as follows:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a. **QuickLook, Inc. – Plaintiff**

    b. **Glenn A. Nappi – Defendant**

    c. **Rubin Law Associates, P.A. d/b/a Rubin & Rubin – Attorneys for Plaintiff**

    d. **Kevin P. Crosby, Esq. – Attorney for Plaintiff**

2. The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**Not applicable.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None known.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**QuickLook, Inc.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Dated:  January 13, 2021.

Respectfully,

/s/ **Kevin P. Crosby**
Kevin P. Crosby, Esq.
Florida Bar No. 654360
RUBIN & RUBIN
2055 S. Kanner Hwy.
Stuart, Florida 34994
Telephone: (772) 283-2004
Facsimile: (772) 283-2009
kcrosby@rubinandrubin.com
service@rubinandrubin.com
*Counsel for Plaintiff QuickLook, Inc.*