

RE: Rights to program code and monetary compensation
To: Mr. Daniel O'Neal

It has now become obvious that you have excluded me from the development team consisting of me, you, Mr. Stuart Jacobs, and Mr. Khalil Ayvar (henceforth referred to as "DEV Team") that I've been a part for several years with the intention of excluding me from any monetary compensation as described below. I've done nothing to my knowledge to warrant this action. Since I have been unable to get you or any of DEV Team to meaningfully communicate with me on even the most basic level I have been advised that this letter is a sensible first step.

Over the last several years, DEV Team has done much work on your behalf including the development of a number of personal software projects. Since we were not receiving any compensation for this work, DEV Team had the mutual understanding that all members of DEV Team would benefit from monetary compensation should any of the past or present projects become profitable at any point. This software may be titled any of the following: Ascente, aiVidIO, QuickLookFT, uqVideo, OVO, Our Virtual Office, VirtualOffice, or said software going by any other updated name.

This work was done by me on your behalf only because I believed you were acting in good faith as to the above stated agreement even as DEV Team members worked on our own time or together at our contracted positions under Heritage Insurance on their time. Now you have decided to effectively remove me from DEV Team, and likely the agreed upon monetary share for having remained as part of DEV Team and agreeing to continue working for several years on one project after another, and all iterations thereof.

Therefore, if any of the above aforementioned software becomes profitable, either through subscription, licensing, or its sale, and I am not informed and given an equal monetary reimbursement, or agree to a compensatory dollar amount, I will be forced to take legal action against you, or any company under which the software is used, in order to receive such monies.

Be aware that I have saved several years of all communications among DEV Team, either individually and as a group, whether it was via email, text, Slack channels, or OVO texting. Thus, it would not be advisable that any members of DEV Team deny the verbal agreement among its members during any future testimony or depositions if legal action is forced.

Also, do not remove/change code from any of the above-mentioned software files that I have worked on and contributed, or remove my comments that credit me with such code as I have a backup of all original past FileMaker files against which changes can be identified.

Any future communications to me must be made in writing. Attempted communication by phone, video, or conferencing application will go unanswered.

Respectfully,

Glenn A. Nappi